In the Matter of WOLF ZYBERT, Respondent. ADOLPHE DAB, Appellant.
In the Matter of the Arbitration between ADOLPHE DAB, Appellant, and WOLF ZYBERT, Respondent.

Submitted May 22, 1950; decided May 31, 1950.

*Sidney S. Allen* for motion to dismiss appeal.
*Abraham Kaplan* opposed.

Motion for a stay granted to the extent of staying so much of the Appellate Division order as denies appellant's motion for an order restraining arbitration. All matters should be kept *in statu quo* pending determination of the appeal. Cross motion to dismiss appeal denied.